AO 91 (Rev. 11/11) Criminal Complaint

U.S. COURTS

# UNITED STATES DISTRICT COURT
for the
District of Idaho

AUG 2 4 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:15-mj-8250-REB |
| STACY DUANE WILFONG, | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February, 2015, until the present__ in the county of __Canyon__ in the
_____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | Conspiracy to Distribute Methamphetamine |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Douglas S. Hart, Supervisory Senior RA, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 08/24/2015

_____
Judge's signature

City and state: Boise, Idaho           Honorable Ronald E. Bush, U.S. Magistrate Judge
_Printed name and title_

WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 E. PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

AUG 2 4 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-mj-8250-REB |
| Plaintiff, | **CRIMINAL COMPLAINT** |
| vs. | 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| STACY DUANE WILFONG, | 21 U.S.C. § 846 |
| Defendant. | |

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. The defendant violated the following:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine**
**21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846**

From on or about February, 2015, and continuing thereafter until the date of this complaint, in the District of Idaho and elsewhere, the defendant, STACY DUANE WILFONG,

Criminal Complaint - 1

knowingly and intentionally conspired and agreed together with other persons known and unknown, to commit the following offense against the United States: to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

This criminal complaint is based on the facts contained in the sworn affidavit attached to this Criminal Complaint.

_____
Douglas S. Hart
Supervisory Senior Resident Agent, FBI


Sworn to before me and signed in my presence
August 24, 2015.
Boise, Idaho

_____
Ronald E. Bush
United States Magistrate Judge

Criminal Complaint - 2