WENDY J. OLSON, IDAHO STATE BAR 7634
UNITED STATES ATTORNEY
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 E. PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

SEP 0 9 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-0214-S EJL |
| Plaintiff, | **INDICTMENT** |
| vs. | |
| STACY DUANE WILFONG<br>ELIZABETH ANN GAYTAN, and<br>JOCELIN JESSICA GONZALEZ, | 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>21 U.S.C. § 846<br>21 U.S.C. § 853 |
| Defendants. | |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine**
**21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846**

From on or about January, 2015, and continuing until on or about September, 2015, in the District of Idaho, the defendants, STACY DUANE WILFONG, ELIZABETH ANN GAYTAN, and JOCELIN JESSICA GONZALEZ, knowingly and intentionally conspired and agreed with other persons, to commit the following offense against the United States: to distribute a mixture

INDICTMENT - 1

and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

## COUNT TWO

### Possession of Methamphetamine with Intent to Distribute
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about May 8, 2015, in the District of Idaho, the defendant, JOCELIN JESSICA GONZALEZ, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 .S.C. § 853(a)(1) and (2)

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendants, STACY DUANE WILFONG, ELIZABETH ANN GAYTAN, and JOCELIN JESSICA GONZALEZ, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendants obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses including but not limited to the following:

  **A.**   **Cash Proceeds:** At least $10,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds

of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendants, and as to which the defendants are jointly and severally liable.

    **B.**    <u>**Real Property and Proceeds Thereof:**</u> All right, title and interest in land and appurtenances and improvements, including buildings and residences, and proceeds of sale thereof, more fully described below:

        1.    Real property located at 4903 E Orchard Avenue, Nampa, Canyon County, Idaho, being parcel number R23785-503- -0, and more particularly described as:

> LOT:4 BLK:1 SEC/TWN/RNG/MER:NW QTR SEC 19 TWN 3N RNG 1W 19-3N-1W NW LAST ORCHARD SUB LOT 4 BLK 1

    **C.**    <u>**Personal Property:**</u> The following personal property seized from the defendant's vehicle in Jackpot, Nevada, on or about August 25, 2015:

        1.    Approximately $10,000 United States currency;

        2.    Three (3) handguns; and

        3.    Other personal property seized from the defendant's vehicle.

If any of the property described above, as a result of any act or omission of the defendants:

        a.    Cannot be located upon the exercise of due diligence;

        b.    Has been transferred or sold to, or deposited with, a third party;

        c.    Has been placed beyond the jurisdiction of the court;

        d.    Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Respectfully submitted this 9th day of September, 2015.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____
CHRISTOPHER S. ATWOOD
ASSISTANT U.S. ATTORNEY

INDICTMENT - 4