MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Jared C. Kimball
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ADAM WILLIAM DILLON,

Defendant.

Case No.: 2:16-CR-18-JTR

Motion For Detention Hearing

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.     Eligibility of Case.  This case is eligible for a detention order because the case involves:

☐     Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

☐     Maximum penalty of life imprisonment or death,

☒     Drug offense with maximum penalty of 10 years or more,

Motion for Detention Hearing- 1

☐      Felony, with two prior convictions in above categories,

☐      Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. section 2250,

☒      Serious risk Defendant will flee, or

☐      Serious risk obstruction of justice.

2.      Reason For Detention. The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

☒      Defendant's appearance as required, or

☒      Safety of any other person and the community.

3.      Rebuttable Presumption. The United States will not invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

☒      Drug offense with maximum penalty of 10 years or more,

☐      18 U.S.C. § 924(c) firearms offense, or

☐      Kidnapping, sexual crimes, or child pornography offenses.

Motion for Detention Hearing- 2

1    4.    Time For Detention Hearing.  The United States requests the Court
2    conduct the detention hearing:
3
4    ☐    At the first appearance, or
5
6    ☒    After a continuance of three days.
7
8    5.    Other Matters.
9
10   ☐
11
12   Dated:  January 21, 2016.
13
14
15
16                                        MICHAEL C. ORMSBY
17                                        United States Attorney
18
19                                        *s/James A. Goeke*
20                                        James A. Goeke
21                                        Assistant United States Attorney
22
23
24                                        *s/ Jared C. Kimball*
25                                        Jared C. Kimball
26                                        Assistant United States Attorney

Motion for Detention Hearing- 3