# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM WILLIAM DILLON,<br><br>Defendant. | No. 2:16-MJ-018-JTR<br><br>ORDER GRANTING UNITED STATES' MOTION FOR DETENTION AND ORDER OF REMOVAL<br><br>**U.S. MARSHAL ACTION REQUIRED** |

At Defendant's January 26, 2016, bail hearing pursuant to an arrest warrant issued upon an Indictment pending in the District of Idaho, Assistant U.S. Attorney James A. Goeke appeared for the United States. Defendant was present, in custody, with Assistant Federal Defender John Stephen Roberts, Jr.

One witness testified, and was cross-examined. Defendant proffered a letter from his current employer. The Court also reviewed the Report of Pretrial Services, ECF No. 11, and considered the argument of both counsel.

In seeking detention, the United States invoked the presumption of 18 U.S.C. § 3142(e). The United States contended the weight of the evidence was particularly strong and that if released, Defendant would present a risk of flight and a danger to the safety of the community.

Pursuant to 18 U.S.C. § 3142, this Court has taken into account the evidence, testimony and information produced at this hearing concerning the nature and circumstances of the offense charged, the weight of the evidence against

ORDER - 1

the Defendant, as well as Defendant's history and characteristics, including character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct and history relating to alcohol and drug abuse, and also criminal history, record concerning appearance at court proceedings, whether Defendant was under supervision at the time of the alleged offense, and the nature and seriousness of the danger to the community posed by Defendant's release.

This Court finds there is probable cause Defendant has committed an offense for which a maximum term of imprisonment of ten years or more is prescribed under the Controlled Substance Act. This Court finds Defendant has not rebutted the 18 U.S.C. § 3142(e) presumption and has not met the burden of production, establishing there are conditions which will reasonably assure his appearance and the safety of the community.

The Court further finds the United States has established by the required preponderance of evidence an absence of conditions or combination of conditions that would reasonably assure this Defendant's presence at further proceedings and has established by clear and convincing evidence that Defendant poses a present risk to the safety of other persons or the community.

**IT IS ORDERED:**

1. The United States' Motion for Detention, **ECF No. 3**, is **GRANTED**. Defendant is committed to the custody of the United States Marshal for detention until further order of the court, and for removal as soon as reasonably possible to the District of Idaho.

2. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be afforded reasonable opportunity for private consultation with counsel. Until appointment of counsel in the charging district,

ORDER - 2

all notices shall be sent to the Federal Defenders of Eastern Washington, N. 10 Post Street, Suite 700, Spokane, WA 99201.

4. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release. The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested. This Court will treat the motion as expedited and submitted without argument, and will set a hearing or issue other orders as may be appropriate.

5. If a party desires that another Court review this order pursuant to 18 U.S.C. § 3145, that party shall promptly file a motion for review before the district judge to whom the case is assigned, as further described in the Detention Order Review Protocol published for the Eastern District of Washington. Both parties shall cooperate to insure that the motion is promptly determined.

DATED January 26, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 3